UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIE JAMES NOEL | DOCKET NO. 08-CV-0018; SEC. P |
| VERSUS | JUDGE DRELL |
| TIM WILKINSON, ET AL. | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's claims be and are hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §1915(e)(2)(b), **except for Plaintiff's claim for injunctive relief against Warden Wilkinson.**

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 23rd day of April, 2008.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE