

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

MAY 11 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIE JAMES NOEL | CIVIL ACTION<br>SECTION "P"<br>NO. 08-cv-00018 |
| VERSUS | |
| TIM WILKINSON, ET AL. | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED defendant's motion for summary judgment be DENIED as moot.

IT IS FURTHER ORDERED that Noel's complaint, consisting of a single claim for injunctive relief, be DISMISSED as moot.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this ___11___ day of May, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE